UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUDITH RIDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. CV-07-297-CI |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | **JUDGMENT IN A** |
| Commissioner of Social Security, ) | **CIVIL CASE** |
| ) | |
| Defendant. ) | |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED.** The matter is **REMANDED** to the Commissioner for additional proceedings, pursuant to sentence four of 42 USC § 405(g). Defendant's Motion for Summary Judgment is **DENIED**, and Judgment is entered for Plaintiff.

DATED this 10th day of October, 2008.

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk